UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. CURRENCY IN THE APPROXIMATE AMOUNT OF $407,676.52,<br><br>       Defendant. | Case No. 2:12-CV-523-BLW<br><br>**ORDER APPROVING STIPULATION AND AGREEMENT FOR SETTLEMENT OF CLAIM** |

The Court has before it a Stipulation and Agreement for Settlement of Claim (docket no. 6) for compromise and settlement of Claimant David Yadon's interest in the defendant property.

The Court finds good cause to approve the Stipulation and Agreement for Settlement of Claim.   Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 6) is APPROVED.

IT IS FURTHER ORDERED that upon entry of this Order, the United States Marshals Service will release the sum of $53,000.00 to Claimant's attorney Richard J. Troberman.   Each party shall bear its own costs and attorney fees.

ORDER - 1


DATED: April 2, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 2